IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: David T. Schultz |
| | U.S. Magistrate Judge |
| v. | Case No: 22-cr-223 NEB/DTS |
| | Date: September 20, 2022 |
| Asad Mohamed Abshir(11), | Courthouse: Minneapolis |
| | Courtroom: 9E |
| Defendant, | Time Commenced: 4:48 p.m. |
| | Time Concluded: 4:50 p.m. |
| | Time in Court: 2 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
   X FPD    X To be appointed

Date Charges Filed: 9/13/2022     Offense: conspiracy to commit wire fraud; wire fraud; conspiracy to commit money laundering; money laundering

X Advised of Rights

on    X Indictment

X **Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

Next appearance date is TBD for:
 X Arraignment hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                    s/JAM
                                    Signature of Courtroom Deputy