UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-223(11) (NEB/DTS) |
| v.        Plaintiff, | ) ) ) ) | **MOTION FOR CONTINUANCE OF TRIAL DATE** |
| ASAD MOHAMED ABSHIR, | ) ) | |
| Defendant. | ) | |

    Defendant, Asad Abshir, through his attorney, Douglas Olson, hereby moves the court for a continuance of the trial in this case, currently set for August 18, 2025. There are several reasons for this request. First, as the court might recall from our previous filings, Mr. Abshir's wife and three children recently relocated here from Turkey, as planned. His wife is Somalian, and speaks no English; his children are 5, 3, and 1 years old. This is a new country and a difficult transition time for all of them. Mr. Abshir works fulltime and is their sole provider. It would be a very difficult burden on Mr. Abshir and his recently reunited family to undergo a several week trial at this time, given that he is the English speaking sole provider in the family and they are going through a difficult transition; we thus request a later setting after the family has better settled into their new surroundings.

    Second, while counsel very much appreciates the court's previous resetting of this trial, which accommodated counsel's travel plans, the timing of this trial overlaps with other personal matters conflicting with the trial date. Counsel will have to forgo an annual Quetico (Canada) Canoe trip as well as a backpacking trip in Idaho with this trial setting. Given that August and early September are the best times of the year for the outdoor

2

activities of counsel, and counsel retired from fulltime employment at the FD's Office in large part to pursue such endeavors, counsel requests the court give due consideration to whether the case needs to be tried in August, or can wait for a later setting.

Third, a co-defendant recently discharged his attorney, and new counsel has yet to be appointed; presumably that attorney will need time to prepare and will be requesting a new trial date, so counsel presumes the trial date will have to be continued as to that co-defendant.

Accordingly, Counsel requests that the case be continued to a date not earlier than November 1, 2025, and counsel can assure his availability anytime for the rest of this year and anytime in 2026 as well, if a continuance is granted and a new trial date is set.

Finally, the government has been consulted (AUSA Matt Ebert) and while they generally oppose the request, counsel suggests they reconsider in light of the above considerations.

Dated:   June 26, 2025                    Respectfully submitted,

*s/ Douglas Olson*

DOUGLAS OLSON
Attorney ID No. 169067
Attorney for Defendant
331 2nd Ave. South, Suite 705
Minneapolis, MN 55401
612-868-5884